1
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT
10                  SOUTHERN DISTRICT OF CALIFORNIA
11
12   UNITED STATES OF AMERICA,          CASE NO.: 25-cr-2889-WQH
13                    Plaintiff,
                                        **ORDER**
14          v.
15   GUADALUPE RIVERA,
16                    Defendant.
17
     HAYES, Judge:
18
            On October 27, 2025, the parties filed a Joint Motion to Continue the Motion
19
     Hearing/Trial Setting currently set for November 3, 2025 to December 15, 2025
20
     ("Joint Motion to Continue"). (ECF No. 30.)
21
            Good cause appearing, IT IS HEREBY ORDERED that the Joint Motion to
22
     Continue (ECF No. 30) is granted. The Motion Hearing/Trial Setting is continued
23
     to December 15, 2025 at 9:00 a.m. For the reasons set forth in the Joint Motion to
24
     Continue, the Court finds that the ends of justice will be served by granting the
25
     requested continuance, and these outweigh the interests of the public and Defendant
26
     in a speedy trial. Accordingly, the delay occasioned by this continuance is
27
     excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).
28

1    Further, on September 8, 2025, Defendant filed pretrial motions that remain

2    pending. (ECF No. 27.) Accordingly, the Court finds that time from the filing of

3    Defendant's pretrial motions to the new Motion Hearing/Trial Setting date shall be

4    excluded under the Speedy Trial Act on grounds that a pretrial motion is pending.

5    18 U.S.C. § 3161(h)(1)(D).

6

7    Dated:  October 28, 2025

8    Hon. William Q. Hayes
     United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28